# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
7/21/17 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: **Micco** _____ TPA

Case Number: **17-10452**

Date of Meeting: **7 / 11 / 17**       Recording # **07**

Debtor(s) present (_✓_ or Not Present ___) (__ No Payments Made or _✓_ partial payments)
Attorney for debtor(s) **Rosenblum** (Present _✓_ or Not Present ___)
Date of Plan at § 341: **5/9/17**   Applicable commitment period ___ 3 yrs _✓_ 5 yrs

Residence is severely under-water. Value $480K. Owes ~ $750K on 1st mortgage

Some confusion on lien positions { ~ $300K on 2nd mortgage
~ $150K on 3rd mortgage }

0% plan.
Also, the total income appears to be insufficient to support the plan payment.

_✓_ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
___ 341 Meeting OR ___ Conciliation Conf. OR _✓_ *Contested Hearing
On **8/16/17** at **12:00** am/**pm** Location **Erie**

_Jana S. Paul_
Chapter 13 Trustee/Attorney for Trustee