IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 17-10452-TPA |
| RICHARD L. MICCO, d/b/a RICHARD L. ) | |
| MICCO D.P.M. P.C., and LINDA L. ) | Chapter 13 |
| MICCO, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ************************************** ) | |
| FIRST COMMONWEALTH BANK, ) | |
| ) | |
| Movant, ) | Related to Document No. 30 |
| ) | |
| v. ) | Hearing Date & Time: |
| ) | |
| RICHARD L. MICCO, d/b/a RICHARD L. ) | August 16, 2017 at 12:00 noon |
| MICCO D.P.M. P.C., and LINDA L. ) | |
| MICCO, and RONDA J. WINNECOUR, ) | |
| Trustee, ) | |
| ) | |
| Respondents. | |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a copy of the foregoing Objections of First Commonwealth Bank to Confirmation of Debtors' Chapter 13 Plan was served on the following parties on August 8, 2017, by First Class U.S. Mail, postage pre-paid, and/or electronic mail (through the ECF system) as indicated:

Richard L. Micco d/b/a
Richard L. Micco D.P.M. P.C.
P.O. Box 9
New Wilmington, PA 16142
*(Debtor)*

Linda L. Micco
P.O. Box 9
New Wilmington, PA 16142
*(Joint Debtor)*

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
*(Trustee)*

Dai Rosenblum, Esquire
dunmyrem@zoominternet.net
*(Debtors' Counsel)*

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
*(U.S. Trustee)*

                McGRATH McCALL, P.C.

          By:   /s/ Roger P. Poorman
              Roger P. Poorman, Esquire
              PA I.D. No. 206562
              Four Gateway Center, Suite 1040
              444 Liberty Avenue
              Pittsburgh, PA 15222
              rpoorman@lenderlaw.com
              Telephone: (412) 281-4333
              Counsel for First Commonwealth Bank