**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION**

IN RE:  Case No. 17-10452-TPA
Chapter 13

RICHARD L. MICCO

LINDA L. MICCO

Debtor(s).

## NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 11th day of August, 2017.

By:  _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esquire, Bar No. 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

---

1  Full title of Creditor is as follows: Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.
2  This Loan is currently serviced by Selene Finance LP.
3  For reference, the property address associated with the undersigned's representation is 1861 MERCER-NEW WILMINGTON RD.,, NEW WILMINGTON, PA 16142.

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 11th day of August, 2017, to the following:

Dai Rosenblum
254 New Castle Road Suite B
Butler, PA 16001-2529
dunmyrem@zoominternet.net
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter13 Trustee*

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Richard L. Micco
P.O. Box 9
New Wilmington, PA 16142
Dba Richard L Micco D.P.M. P.C.

Linda L. Micco
P.O. Box 9
New Wilmington, PA 16142
*Debtor(s)*
Dated this 11th day of August, 2017.

             By:   */s/ Christopher M. Mc Monagle, Esquire*
               Christopher M. Mc Monagle, Esquire, Bar No:316043
               Stern & Eisenberg, PC
               1581 Main Street, Suite 200,
               Warrington, PA 18976
               Phone: (215) 572-8111
               Fax: (215) 572-5025
               cmcmonagle@sterneisenberg.com
               Attorney for Creditor