FILED
8/18/17 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-10452-TPA |
| Richard L. Micco | : | Chapter: 13 |
| Linda L. Micco | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/16/2017 |
| | : | Time: 12:00 |

## PROCEEDING MEMO

**MATTER:**  #11 Contested Plan dated 5/9/2017
#30 Obj by First Commonwealth Bank

**APPEARANCES:**

Debtor:  Dai Rosenblum
Trustee:  Ronda Winnecour
1st Cmwlth Bank:  Roger Poorman (video) (no appearance)

**NOTES:**

Rosenblum: Complex case. Proposing to remove junior liens. Lien status unclear. Filed for LMP with Selene for first mortgage. Zero is going to unsecured creditors.

Winnecour: Trustee has about 45 objections to amended plan. Perhaps an adversary to sort out liens would be best option.

**OUTCOME:** Amended Plan due on September 30, 2017. Text order to be issued.

*/s/ Ronda Winnecour*

ljm