**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/2/17 1:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: | ) |
| | ) |
| RICHARD L. MICCO, and | ) Case No: 17-10452-TPA |
| LINDA L. MICCO, | ) |
|     Debtors. | ) Chapter 13 |
| | ) |
| RICHARD L. MICCO, and | ) Related to Document No.: 33 |
| LINDA L. MICCO, | ) |
|     Movants, | ) Document No.: 37 |
| | ) |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

### ORDER ON MOTION FOR EXTENSION OF TIME
### TO FILE AMENDED CHAPTER 13 PLAN

**And Now,** the ___2nd___ day of ___October___, 2017, after careful consideration of the Debtors' Motion to Extend Time to File Amended Chapter 13, and all matters of record, **It Is Hereby Ordered,** that the Debtors shall file an Amended Chapter 13 Plan on or before October 14, 2017.

_____
Judge Thomas P. Agresti    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard L. Micco
Linda L. Micco
    Debtors

Case No. 17-10452-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Oct 02, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
db/jdb        +Richard L. Micco,   Linda L. Micco,   P.O. Box 9,   New Wilmington, PA 16142-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
       Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al.
        cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
       Dai Rosenblum    on behalf of Joint Debtor Linda L. Micco dunmyrem@zoominternet.net,
        dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
       Dai Rosenblum    on behalf of Debtor Richard L. Micco dunmyrem@zoominternet.net,
        dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
       James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
       Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
       Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com,
        sdorn@lenderlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General,
        Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                                                            TOTAL: 10