**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| RICHARD L. MICCO, and ) | Case No: 17-10452-TPA |
| LINDA L. MICCO, ) | |
|       Debtors. ) | Chapter 13 |
| ) | |
| RICHARD L. MICCO, and ) | |
| LINDA L. MICCO, ) | |
|       Movants, ) | Related to Document No.: 38 |
| ) | |
|       v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

### CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED CHAPTER 13 PLAN

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on October 12, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**Richard L. Micco**
**Linda L. Micco**
P.O. Box 9
New Wilmington, PA 16142

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

| | |
|---|---|
| **Ronda J. Winnecour** | **Office of the United States Trustee** |
| Not served directly per Trustee's request, NEF only | ustpregion03.pi.ecf@usdoj.gov |
| | |
| **Roger P. Poorman** | **Kirsten S. Penn** |
| **First Commonwealth Bank** | **First Commonwealth Bank** |
| rpoorman@lenderlaw.com | kpenn@lenderlaw.com |

Executed on: October 12, 2017

 /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net