**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | ) |
| | ) |
| RICHARD L. MICCO, and | ) Bankruptcy No.: 17-10452-TPA |
| LINDA L. MICCO, | ) |
| Debtors. | ) Chapter: 13 |
| | ) |
| RICHARD L. MICCO, AND | ) |
| LINDA L. MICCO, | ) Hearing Date: 12/12/2017 |
| Movant, | ) |
| | ) Hearing Time: 9:30 AM |
| v. | ) |
| | ) Response Deadline: 11/23/2017 |
| CITIBANK SOUTH DAKOTA, | ) |
| | ) Related to Document No.: 46 |
| Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON MOTION TO AVOID LIEN WHICH IMPAIRS AN EXEMPTION**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than November 23, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on December 12, 2017, at 9:30 a.m. before Judge Thomas P. Agresti in The Bankruptcy Courtroom, U.S. Courthouse, 17 Park Row, Erie, Pennsylvania. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: November 3, 2017

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtors
Suite B, 254 New Castle Road
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dailaw@earthlink.net