**Form 222**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Richard L. Micco**
**dba Richard L. Micco D.P.M. P.C.**
**Linda L. Micco**
   Debtor(s)

Bankruptcy Case No.: 17–10452–TPA

Chapter: 13
Docket No.: 52 – 45
Concil. Conf.: December 19, 2017 at 02:00 PM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated October 21, 2017* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **December 1, 2017,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **December 19, 2017** at **02:00 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: November 7, 2017

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard L. Micco  
Linda L. Micco  
    Debtors

Case No. 17-10452-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: lmar     Page 1 of 1     Date Rcvd: Nov 07, 2017  
                    Form ID: 222     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.  
db/jdb      +Richard L. Micco,  Linda L. Micco,  P.O. Box 9,  New Wilmington, PA 16142-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:

        Christopher M. McMonagle   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al.  
         cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
        Dai Rosenblum   on behalf of Joint Debtor Linda L. Micco dunmyrem@zoominternet.net,  
         dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
        Dai Rosenblum   on behalf of Debtor Richard L. Micco dunmyrem@zoominternet.net,  
         dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com  
        James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
        Kirsten S. Penn   on behalf of Creditor   First Commonwealth Bank kpenn@lenderlaw.com  
        Mario J. Hanyon   on behalf of Creditor   Ditech Financial LLC pawb@fedphe.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Roger P. Poorman   on behalf of Creditor   First Commonwealth Bank rpoorman@lenderlaw.com,  
         sdorn@lenderlaw.com  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,  
         Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com  
                                                                                                      TOTAL: 10