**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| RICHARD L. MICCO, AND ) | |
| LINDA L. MICCO, ) | Case No.: 17-10452-TPA |
|       Debtor. ) | |
| ) | Chapter 13 |
| RICHARD L. MICCO, AND ) | |
| LINDA L. MICCO, ) | Related to Document No.: 45, 52 |
|       Movant, ) | |
| ) | Hearing Date: 12/19/2017 |
|       v. ) | |
| ) | Hearing Time: 2:00 PM |
| NO RESPONDENT. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN AND ORDER SETTING HEARING**

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on November 15, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

      If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

Richard L. Micco
Linda L. Micco
P.O. Box 9
New Wilmington, PA 16142

Accelerated Revenue Management, Inc.
P.O. Box 3666
Camarillo, CA 93011

American InfoSource LLP
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Atlas Resource Partners LLC
3500 Massilon Rd Ste 100
Uniontown, OH 44685

Burton Neil & Assoc.
Citibank South Dakota
701 60th St.
Sioux Falls, SD 57117

Chrysler Capital
P.O. Box 961275
Fort Worth, TX 76161

Citibank South Dakota (Sears)
P.O. Box 183082
Columbus, OH 43218-3082

Creditech
PO Box 130
Bangor, PA 18013

Discover
P.O. Box 15316
Wilmington, DE 19850-5316

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Ditech Financial
PO Box 94710
Palatine, IL 60094-4710

Ditech Financial LLC fka Green Tree Servicing LLC
P.O. Box 6154
Rapid City, South Dakota 57709-6154

Eagle Group LLC
10 E. Maitland Lane
New Castle, PA 16105

First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222

First Commonwealth Bank
Attn: Special Assets
P.O. Box 400
Indiana, PA 15701

Frank Frachetti
220 Olde Colony Dr
New Castle, PA 16105

GE Capital Retail Bank
P.O. Box 981480
El Paso, TX 79998

GE Capital Retail Bank/QVC
P.O. Box 971402
El Paso, TX 79997

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Operation
Room 711B
1000 Liberty Ave
Pittsburgh, PA 15222

Lowes/MBGA
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603-0584

LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274

LVNV Funding LLC
P.O. Box 10497
Greenville, SC 29603-0584

LVNV Funding, LLC its successors and assigns as
assignee of Citibank (South Dakota),
N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Macys/fdsb
Macys Bankruptcy
P.O. Box 8053
Mason, OH 45040

Midland Funding LLC
2365 Northside Dr.
Ste 300
San Diego, CA 92108

MIDLAND FUNDING LLC
PO BOX 2011
WARREN, MI 48090

Midland Funding LLC
2365 Northside Dr.
Ste 300
San Diego, CA 92108

PA Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128-0946

Penn Credit Corp.
P.O. Box 988
Harrisburg, PA 17108-0988

Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas
P.O. Box 535323
Pittsburgh, PA 15253-5323

Pioneer Credit Recovery
P.O. Box 189
Arcade, NY 14009

Portfolio Recovery Associates
120 Corporate Blvd.
Suite 100
Norfolk, VA 23502

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Real Time Resolutions
1750 Regal Row
Dallas, TX 75235

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #150
Dallas, Texas 75247-402

Receivable Management Services
P.O. Box 280431
East Hartford, CT 06128-0431

Sears Gold Mastercard
P.O. Box 183082
Columbus, OH 43218-3082

Selene Finance LP
9990 Richmond Ave
Houston, TX 77042

Synchrony Bank/Lowes
P.O. Box 965005
Orlando, FL 32896-5005

Synchrony Bank/Lowes
P.O. Box 530914
Atlanta, GA 30353-0914

The Law Offices of Robert J. Colclough
8550 Balbao Blvd.
Suite 232
Northridge, CA 91325

Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044

United Revenue Collection Service
P.O. Box 1892
Bensalem, PA 19020

United Revenue Collection Service
P.O. Box 1184
Langhorne, PA 19047

Weltman, Weinberg & Reis
1400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219

Wilmington Savings Fund Society, FSB, et al.
c/o Stern & Eisenberg, PC
1581 Main Street, Suite 200
Warrington, PA 18976

Wilmington Savings Fund Society, FSB
C/O Selene Finance LP
9990 Richmond ave Suite 400 South
Houston TX 77042

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Mario J. Hanyon**
**Ditech Financial LLC**
pawb@fedphe.com

**James Warmbrodt**
**Ditech Financial LLC**
bkgroup@kmllawgroup.com

**Kirsten S. Penn**
**First Commonwealth Bank**
kpenn@lenderlaw.com

**Roger P. Poorman**
**First Commonwealth Bank**
rpoorman@lenderlaw.com

**T. Lawrence Palmer**
Office of Attorney General
lpalmer@attorneygeneral.gov

**Christopher M. McMonagle**
**Wilmington Savings Fund Society, FSB, et al.**
cmcmonagle@sterneisenberg.com

Executed on: November 15, 2017

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dailaw@earthlink.net