# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) |
| RICHARD L. MICCO, and | ) Bankruptcy No.: 17-10452-TPA |
| LINDA L. MICCO, | ) |
|     Debtors. | ) Chapter: 13 |
| | ) |
| RICHARD L. MICCO, AND | ) |
| LINDA L. MICCO, | ) Hearing Date: 12/12/2017 |
|     Movant, | ) |
| | ) Hearing Time: 9:30 AM |
| v. | ) |
| | ) Response Deadline: 11/23/2017 |
| CITIBANK SOUTH DAKOTA, | ) |
| | ) Related to Document No.: 46 |
|     Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AVOID LIEN WITH CITIBANK SOUTH DAKOTA, NA

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Lien filed on November 3, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Lien appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Lien were to be filed and served no later than November 23, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Lien be entered by the Court.

November 24, 2017

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtors
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dailaw@earthlink.net