UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                            Chapter 13

Richard L. Micco dba Richard L.                              Case No. 17-10452-TPA
Micco D.P.M. P.C. and Linda L.
Micco,

      Debtors,
_____/

## REQUEST FOR SERVICE OF NOTICES

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

          **MARINOSCI LAW GROUP, P.C.**
          **Attn: Bankruptcy Department**
          **100 West Cypress Creek Road, Suite 1045**
          **Fort Lauderdale, FL 33309**

          **MARINOSCI LAW GROUP, P.C.**
          Authorized Agent for Secured Creditor
          100 West Cypress Creek Road, Suite 1045
          Fort Lauderdale, FL 33309
          Phone: (954) 332-9473
          Fax: (954) 772-9601
          Email: fdispigna@mlg-defaultlaw.com

          /s/ Frederic DiSpigna
          _____
          FREDERIC DISPIGNA

BK Case No.: 17-10452-TPA

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing Request for Notice has been served electronically or via U.S. Mail, first-class postage prepaid, to the parties listed below on November 28, 2017.

**Richard L. Micco, Debtor**
P.O. Box 9
New Wilmington, PA 16142

**Linda L. Micco, Joint Debtor**
P.O. Box 9
New Wilmington, PA 16142

**Dai Rosenblum**
254 New Castle Road Suite B
Butler, PA 16001-2529

**Ronda J. Winnecour, Trustee**
600 Grant Street, Suite 3250, USX Tower
Pittsburgh, PA 15219

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**MARINOSCI LAW GROUP, P.C.**
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 / Fax: (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic DiSpigna
_____
FREDERIC DISPIGNA