FILED
11/27/17 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RICHARD L. MICCO | : | Case No. 17-10452-TPA |
| LINDA L. MICCO | : | |
| *Debtors* | : | Chapter 13 |
| | : | |
| RICHARD L. MICCO | : | Related to Doc Nos. 22, 27 & 55 |
| LINDA L. MICCO | : | |
| *Movants* | : | |
| | : | |
| v. | : | |
| | : | |
| SELENE FINANCE LP | : | Hearing: December 12, 2017 at 11:00 a.m. |
| *Respondent(s)* | : | |

**ORDER**

On November 22, 2017, Counsel for Debtor filed a ***Motion to Extend Loss Mitigation*** at Document No. 55 ("Motion") stating that the loss mitigation was denied and that a status conference will be needed; Therefore,

***AND NOW***, this **27th** day of ***November, 2017,*** it is hereby **ORDERED, ADJUDGED and DECREED** that***:***

(1)    A Status Conference on compliance with the pending Loss Mitigation Order, dated July 25, 2017, is scheduled on ***December 12, 2017 at 11:00 A.M.*** in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA.

(2)    The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the

Court's questions regarding the status of the pending LMP application. Debtor(s) shall upload a copy of this Order on the Portal.

(3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

_____
Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-10452-TPA
Richard L. Micco                                                        Chapter 13
Linda L. Micco
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: dkam              Page 1 of 1              Date Rcvd: Nov 27, 2017
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
db/jdb         +Richard L. Micco,   Linda L. Micco,   P.O. Box 9,   New Wilmington, PA 16142-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                                Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:
          Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al.
           cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
          Dai  Rosenblum    on behalf of Joint Debtor Linda L. Micco dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          Dai  Rosenblum    on behalf of Debtor Richard L. Micco dunmyrem@zoominternet.net,
           dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
          James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
          Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com,
           sdorn@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                             TOTAL: 10