## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:                                           :        Chapter 13
Richard L. Micco dba Richard L. Micco             :
D.P.M. P.C. and Linda L. Micco                    :
                                                  :        Bankruptcy No.      17-10452-TPA
        Debtor(s)                                 :
_____                  :        Document No.        68
Richard L. Micco dba Richard L. Micco             :
D.P.M. P.C. and Linda L. Micco                    :        Related No.         55
        Movant(s)                                 :
                                                  :
vs.                                               :
                                                  :
Wilmington Savings Fund Society,                  :
FSB, d/b/a Christiana Trust, not                  :
individually but as trustee for Pretium           :
Mortgage Acquisition Trust                        :
                                                  :
and                                               :
Ronda J. Winnecour, Trustee                       :
                                                  :
        Respondent(s)                             :
_____

## CERTIFICATION OF SERVICE

I, Steven P. Kelly Esquire, do hereby certify that a true and correct copy of the within Response in Opposition to Debtor's Motion to Extend Loss Mitigation, was sent to the Debtor and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Dai Rosenblum, Esquire          Richard L. Micco            Ronda J. Winnecour, Trustee
254 New Castle Road Suite B     Linda L. Micco             Suite 3250, USX Tower
Butler, PA 16001                P.O. Box 9                 600 Grant Street
                                New Wilmington, PA 16142   Pittsburgh, PA 15219


                        BY:     /s/ Steven P. Kelly, Esq.
                                Steven P. Kelly, Esq.
                                Stern & Eisenberg, P.C.
                                1581 Main Street, Suite 200
                                Warrington, PA 18976
                                Phone: (215) 572-8111
                                Fax:    (215)572-5025
Dated: December 1, 2017         Counsel for Respondent