**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: ) | |
| ) | |
| RICHARD L. MICCO, and ) | Bankruptcy No.: 17-10452-TPA |
| LINDA L. MICCO, ) | |
|     Debtors. ) | Chapter: 13 |
| ) | |
| RICHARD L. MICCO, AND ) | |
| LINDA L. MICCO, ) | |
|     Movant, ) | |
| ) | |
|     v. ) | |
| ) | |
| DISCOVER BANK, ) | |
| ) | Related to Document No.: 58 |
|     Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO REMOVE LIEN**

  I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on December 11, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

**Richard L. Micco**
**Linda L. Micco**
P.O. Box 9
New Wilmington, PA 16142

**Discover Bank**
**Attn: Bankruptcy/Legal Dept.**
6500 New Albany Road
New Albany, OH 43054

**David W. Nelms**
**Chairman and Chief Executive Officer**
**Discover Bank**
2500 Lake Cook Road,
Riverwoods, IL 60015

**Kathryn McNamara Corley**

**Executive Vice President,
General Counsel and Secretary
Discover Bank**
2500 Lake Cook Road,
Riverwoods, IL 60015

**James C. Warmbrodt, Esq.**
Koppers Building
436 7th Avenue, Suite 2500
Pittsburgh, PA 15219

**Lyndsay E. Rowland, Esq.**
3600 Horizon Blvd., Suite 150
Trevose, PA 19053

**Matthew D. Urban, Esq.**
Koppers Building
436 7th Avenue, Suite 2500
Pittsburgh, PA 15219

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

Executed on: December 11, 2017

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dailaw@earthlink.net