Case 17-10452-TPA    Doc 77    Filed 12/13/17    Entered 12/13/17 14:26:45    Desc Main
Document    Page 1 of 1

FILED
12/13/17 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-10452-TPA |
| | : | | |
| Richard L. Micco | : | Chapter: | 13 |
| Linda L. Micco | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/12/2017 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**        #55 Motion to Extend LMP
                          #68 Resp. by Wilmington Savings

**APPEARANCES:**

   Debtor:       Dai Rosenblum
   Trustee:      Richard Bedford
   Wilmington:   (Steven Kelly) Mark Claypool

**NOTES:**

Rosenblum:      Selene denied the request for LMP, reason is Debtors have too much debt.    Once mortgages are stripped it puts them in a better position.

Claypool:

Oppose extension of LMP but we were unaware of an appeal being filed.   $190,000 in arrears.   Issue with value.   BPO in the $400,000 range.

**OUTCOME:**      LMP extended 60 days and Debtors' counsel to immediately upload the appeal to the DMM Portal.

*[Signature]*

ljm