Case 17-10452-TPA   Doc 85   Filed 04/10/18   Entered 04/10/18 14:14:51   Desc Main
Document   Page 1 of 1

FILED
4/10/18 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Richard L. and Linda L. Micco
Case Number: 17-10452                                                          Chapter: 13
Date / Time / Room: April 10, 2018 at 11:00 a.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*  #45 - Final Confirmation of Plan dated 10/21/17 (NFC)

*Appearances:*

Debtor: Rosenblum
Trustee: Winnecour / Katz / Pail (Katz circled)
Creditor:

*Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 5/8/18
   Objections are due on or before 5/29/18.
   A hearing on the Amended Plan is set for 6/5/18 at 11:30 AM
9. _____ Other:

Handwritten note: Debtors are to file an amended plan that will include the surrender of the residence. Debtors are also to provide a spreadsheet that shows the income and expenses for rental properties. Also to provide copy of 2017 tax return.

*For Judge Agresti cases:*
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____