Form 314

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Richard L. Micco** | : | Case No. 17–10452–TPA |
| **dba Richard L. Micco D.P.M. P.C.** | : | Chapter: 13 |
| **Linda L. Micco** | : | Next Hearing Date: June 5, 2018 at |
| *Debtor(s)* | : | 11:30 A.M. |

## ORDER

     *AND NOW,* this ***The 10th of April, 2018,*** as a result of the Proceeding held on April 10, 2018, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, **on or before May 29, 2018,** all *Objections* to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

    ***On June 5, 2018 at 11:30 AM,*** a Conciliation Conference is scheduled in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑    B.    ***On or before May 8, 2018,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* ***On or before May 29, 2018,** Objections* to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

    ***On June 5, 2018 at 11:30 AM,*** a Conciliation Conference is scheduled in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐    C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard L. Micco  
Linda L. Micco  
       Debtors

Case No. 17-10452-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: vson     Page 1 of 1     Date Rcvd: Apr 10, 2018  
                Form ID: 314     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2018.  
db/jdb        +Richard L. Micco,   Linda L. Micco,   P.O. Box 9,   New Wilmington, PA 16142-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2018 at the address(es) listed below:

      Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com  
      Dai Rosenblum    on behalf of Plaintiff Linda L. Micco Jody@dairosenblumbankruptcy.com, pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
      Dai Rosenblum    on behalf of Joint Debtor Linda L. Micco Jody@dairosenblumbankruptcy.com, pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
      Dai Rosenblum    on behalf of Debtor Richard L. Micco Jody@dairosenblumbankruptcy.com, pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
      Dai Rosenblum    on behalf of Plaintiff Richard L. Micco Jody@dairosenblumbankruptcy.com, pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com  
      Gary W. Darr    on behalf of Creditor    First Commonwealth Bank gdarr@lenderlaw.com  
      James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
      Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com  
      Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com, sdorn@lenderlaw.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      Steven P Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust skelly@sterneisenberg.com  
      T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer    Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com

                                                                                          TOTAL: 14