FILED
5/4/18 3:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RICHARD L. MICCO and | : | Case No. 17-10452-TPA |
| LINDA L. MICCO, | : | Chapter 13 |
| *Debtors.* | : | |
| | : | |
| RICHARD L. MICCO and | : | Related to Doc. Nos. 27, 78 |
| LINDA L. MICCO, | : | |
| *Movants,* | : | |
| v. | : | |
| SELENE FINANCE, LP, | : | Hearing: **May 24, 2018** at **11:00 AM.** |
| *Respondent.* | : | |

### ORDER TO SHOW CAUSE

On December 14, 2017 a Text Order was entered (Doc. 78) extending the loss mitigation period to February 21, 2018. It appears that Dai Rosenblum, Esq., Counsel for the Debtor, has failed to timely comply with the **Loss Mitigation Order** (Doc. 27) by filing a **Final Report**, that is:

> (8) ***Within seven (7) days of the termination of the Loss Mitigation Period,*** the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR. 9020-4(f)*.

***AND NOW***, this ***4th*** day of ***May, 2018***, it is hereby **ORDERED**, **ADJUDGED** and ***DECREED*** that:

(1) An ***Order to Show Cause*** is issued against ***Dai Rosenblum, Esq.***, to ***personally*** appear at a hearing scheduled on ***May 24, 2018*** at ***11:00 A.M.***, in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, and show cause as to why sanctions should not be imposed on him pursuant to this Court's inherent authority arising from *11 U.S.C. §105(a)* and *W.PA.LBR 9020-4(f)* for his failure to comply with the *Loss Mitigation Program* guidelines, i.e. failure to timely file a ***Final Report***, which was due on ***February 28, 2018.*** The sanctions that may be imposed include:

1

  (a) A monetary fine for failure to comply with this Court's *Loss Mitigation Order* (Doc. 27) dated July 25, 2017 and Text Order (Doc. 78) dated December 14, 2017.

  (b) Other possible sanctions, monetary or otherwise, for Atty. Rosenblum's failure to timely comply with this Court's Orders and *Local Rules*.

  (2) If a ***Final Report*** is filed by ***May 17, 2018***, the ***Order to Show Cause*** *may* be vacated and the hearing cancelled.

  (3) Movant shall immediately serve a copy of this Order on the Respondent, and if known, Counsel for the Respondent, and filed certificate of service within five (5) days. A copy of this Order shall also be uploaded onto the Portal.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
 Debtor
 Dai Rosenblum, Esq.

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard L. Micco
Linda L. Micco
        Debtors

Case No. 17-10452-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dkam      Page 1 of 1      Date Rcvd: May 04, 2018
                Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
db/jdb       +Richard L. Micco,   Linda L. Micco,   P.O. Box 9,   New Wilmington, PA 16142-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
        Christopher M. McMonagle   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
        Dai Rosenblum   on behalf of Plaintiff Linda L. Micco Jody@dairosenblumbankruptcy.com, pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Dai Rosenblum   on behalf of Joint Debtor Linda L. Micco Jody@dairosenblumbankruptcy.com, pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Dai Rosenblum   on behalf of Debtor Richard L. Micco Jody@dairosenblumbankruptcy.com, pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Dai Rosenblum   on behalf of Plaintiff Richard L. Micco Jody@dairosenblumbankruptcy.com, pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
        Gary W. Darr   on behalf of Creditor   First Commonwealth Bank gdarr@lenderlaw.com
        James Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Kirsten S. Penn   on behalf of Creditor   First Commonwealth Bank kpenn@lenderlaw.com
        Mario J. Hanyon   on behalf of Creditor   Ditech Financial LLC pawb@fedphe.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Roger P. Poorman   on behalf of Creditor   First Commonwealth Bank rpoorman@lenderlaw.com, sdorn@lenderlaw.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Steven P Kelly   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust skelly@sterneisenberg.com
        T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer   Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                                                                               TOTAL: 14