**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| RICHARD L. MICCO, AND | ) Case No: 17-10452-TPA |
| LINDA L. MICCO, | ) |
|         Debtor(s). | ) Chapter 13 |
| | ) |
| RICHARD L. MICCO, AND | ) |
| LINDA L. MICCO, | ) |
|         Movant(s), | ) |
| | ) Related to Document No.: 88 |
|         v. | ) |
| | ) |
| | ) |
| SELENE FINANCE LP, | ) |
| | ) |
|         Respondent. | ) |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

**CERTIFICATE OF SERVICE OF ORDER SETTING HEARING RE: LOSS MITITGATION**

      I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on May 8, 2018. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

**Richard L. Micco**
**Linda L. Micco**
P.O. Box 9
New Wilmington, PA 16142

**Selene Finance LP**
**Attn: Loss Mitigation**
9990 Richmond Ave.
Ste 400S
Houston, TX 77042

**Barbara Matta**
**Selene Finance LP**
9990 Richmond Ave
Suite 400S
Houston, TX 77042

**First Commonwealth Bank**
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222

**Selene Finance LP**
**c/o Stern Eisenberg**
1581 Main Street
Suite 200
Warrington, PA 18976

*Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):*

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Roger P. Poorman**
**Selene Finance LP**
**First Commonwealth Bank**
rpoorman@lenderlaw.com

**Gary W. Darr**
**Selene Finance LP**
**First Commonwealth Bank**
gdarr@lenderlaw.com

**Kirsten S. Penn**
**Selene Finance LP**
**First Commonwealth Bank**
kpenn@lenderlaw.com

Executed on: May 8, 2018

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dailaw@earthlink.net