**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| RICHARD L. MICCO, and | ) Case No: 17-10452-TPA |
| LINDA L. MICCO, | ) |
|     Debtors. | ) Chapter 13 |
| | ) |
| RICHARD L. MICCO, and | ) |
| LINDA L. MICCO, | ) Related to Document No.: 92 |
|     Movants, | ) |
| | ) Hearing Date: 06/27/2018 |
| v. | ) |
| | ) Hearing Time: 9:30 AM |
| | ) |
| NO RESPONDENT. | ) Response Deadline: 05/25/2018 |
| | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION DISMISS CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on May 8, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Dismiss Case were to be filed and served no later than May 25, 2018.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss Case be entered by the Court.

May 30, 2018

                                                    /s/ Dai Rosenblum
                                                  Dai Rosenblum, for the Debtors
                                                  254 New Castle Road, Suite B
                                                  Butler, PA  16001-2529
                                                  (724) 283-2900 PA ID No. 31802
                                                  dailaw@earthlink.net