Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Richard L. Micco** | : | Case No. 17−10452−TPA |
| **dba Richard L. Micco D.P.M. P.C.** | : | Chapter: 13 |
| **Linda L. Micco** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 31st of May, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 17-10452-TPA
Richard L. Micco                                                 Chapter 13
Linda L. Micco
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1         User: jmar              Page 1 of 3            Date Rcvd: May 31, 2018
                             Form ID: 309            Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db/jdb         +Richard L. Micco,   Linda L. Micco,   P.O. Box 9,   New Wilmington, PA 16142-0009
cr             +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,   Pittsburgh, PA 15219-2992
cr             +Wilmington Savings Fund Society, FSB,    Marinosci Law Group, P.C.,
                 c/o Frederic Dispigna, Esq.,   100 West Cypress Creek Road,    Suite 1045,
                 Fort Lauderdale, FL 33309-2191
cr             +Wilmington Savings Fund Society, FSB, et al.,    c/o Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,   Warrington, PA 18976-3400
14416321       +Accelerated Revenue Management, Inc.,    P.O. Box 3666,   Camarillo, CA 93011-3666
14519231       +Atlas Resource Partners LLC,   3500 Massilon Rd Ste 100,    Uniontown, OH 44685-9575
14416322       +Burton Neil & Assoc.,   Citibank South Dakota,    701 60th St.,   Sioux Falls, SD 57104-0493
14416327       +Eagle Group LLC,   10 E. Maitland Lane,   New Castle, PA 16105-1204
14643360       +First Commonwealth Bank,   c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,   Pittsburgh, PA 15222-1225
14519240       +Frank Frachetti,   220 Olde Colony Dr,   New Castle, PA 16105-4504
14416329       +GE Capital Retail Bank,   P.O. Box 981480,   El Paso, TX 79998-1480
14416336        Penn Credit Corp.,   P.O. Box 988,   Harrisburg, PA 17108-0988
14416337        Peoples Natural Gas,   P.O. Box 535323,   Pittsburgh, PA 15253-5323
14416338       +Pioneer Credit Recovery,   P.O. Box 189,   Arcade, NY 14009-0189
14519258       +Selene Finance LP,   9990 Richmond Ave,   Houston, TX 77042-4559
14416347       +United Revenue Collection Service,    P.O. Box 1184,   Langhorne, PA 19047-6184
14519266       +Weltman, Weinberg & Reis,   1400 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14519230        EDI: AIS.COM Jun 01 2018 06:53:00      American InfoSource LLP,    Midland Funding LLC,
                 PO Box 268941,   Oklahoma City, OK 73126-8941
14416323       +EDI: CHRM.COM Jun 01 2018 06:53:00      Chrysler Capital,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
14416324        EDI: SEARS.COM Jun 01 2018 06:53:00      Citibank South Dakota (Sears),    P.O. Box 183082,
                 Columbus, OH 43218-3082
14416326        EDI: DISCOVER.COM Jun 01 2018 06:53:00      Discover,    P.O. Box 15316,
                 Wilmington, DE 19850-5316
14632290        EDI: DISCOVER.COM Jun 01 2018 06:53:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14519237        E-mail/Text: bankruptcy.bnc@ditech.com Jun 01 2018 03:01:46      Ditech Financial,
                 PO Box 94710,   Palatine, IL 60094-4710
14636562        E-mail/Text: bankruptcy.bnc@ditech.com Jun 01 2018 03:01:46
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14416328        E-mail/Text: bankruptcynotice@fcbanking.com Jun 01 2018 03:01:38       First Commonwealth Bank,
                 Attn: Special Assets,   P.O. Box 400,   Indiana, PA 15701
14416330       +EDI: RMSC.COM Jun 01 2018 06:53:00      GE Capital Retail Bank/QVC,    P.O. Box 971402,
                 El Paso, TX 79997-1402
14519243        EDI: IRS.COM Jun 01 2018 06:53:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,    Philadelphia, PA 19101-7346
14416333       +EDI: RESURGENT.COM Jun 01 2018 06:53:00      LVNV Funding LLC,    P.O. Box 10497,
                 Greenville, SC 29603-0497
14416332       +EDI: RESURGENT.COM Jun 01 2018 06:53:00      LVNV Funding LLC,    P.O. Box 740281,
                 Houston, TX 77274-0281
14680742        EDI: RESURGENT.COM Jun 01 2018 06:53:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,   Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14416331       +EDI: RMSC.COM Jun 01 2018 06:53:00      Lowes/MBGA,    Attn: Bankruptcy Dept.,    P.O. Box 103104,
                 Roswell, GA 30076-9104
14697682       +EDI: MID8.COM Jun 01 2018 06:53:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
14416334       +EDI: TSYS2.COM Jun 01 2018 06:53:00      Macys/fdsb,    Macys Bankruptcy,   P.O. Box 8053,
                 Mason, OH 45040-8053
14416335       +EDI: MID8.COM Jun 01 2018 06:53:00      Midland Funding LLC,    2365 Northside Dr.,   Ste 300,
                 San Diego, CA 92108-2709
14519250        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2018 03:02:01       PA Dept. of Revenue,
                 Bankruptcy Division,   Dept. 280946,   Harrisburg, PA 17128-0946
14416339        EDI: PRA.COM Jun 01 2018 06:53:00      Portfolio Recovery Associates,    120 Corporate Blvd.,
                 Suite 100,   Norfolk, VA 23502
14704997        EDI: PRA.COM Jun 01 2018 06:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14416736       +EDI: PRA.COM Jun 01 2018 06:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14523061        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2018 03:02:01
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
```

```
District/off: 0315-1                  User: jmar                   Page 2 of 3                   Date Rcvd: May 31, 2018
                                      Form ID: 309                 Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14519255         +E-mail/Text: bkdepartment@rtresolutions.com Jun 01 2018 03:02:22      Real Time Resolutions,
                  1750 Regal Row,    Dallas, TX 75235-2289
14675756         +E-mail/Text: bkdepartment@rtresolutions.com Jun 01 2018 03:02:22
                  Real Time Resolutions, Inc.,   1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
14416341          EDI: SEARS.COM Jun 01 2018 06:53:00      Sears Gold Mastercard,    P.O. Box 183082,
                  Columbus, OH 43218-3082
14416342          EDI: RMSC.COM Jun 01 2018 06:53:00      Synchrony Bank/Lowes,    P.O. Box 530914,
                  Atlanta, GA 30353-0914
14416343          EDI: RMSC.COM Jun 01 2018 06:53:00      Synchrony Bank/Lowes,    P.O. Box 965005,
                  Orlando, FL 32896-5005
14416345         +E-mail/Text: bankruptcydepartment@tsico.com Jun 01 2018 03:02:39      Transworld Systems Inc.,
                  507 Prudential Road,    Horsham, PA 19044-2308
14707838         +E-mail/Text: bkteam@selenefinance.com Jun 01 2018 03:01:42
                  Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O Selene Finance LP,
                  9990 Richmond ave Suite 400 South,    Houston TX 77042-4546
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14519229*      +Accelerated Revenue Management, Inc.,    P.O. Box 3666,    Camarillo, CA 93011-3666
14519232*      +Burton Neil & Assoc.,    Citibank South Dakota,    701 60th St.,    Sioux Falls, SD 57104-0493
14519233*      +Chrysler Capital,    P.O. Box 961275,    Fort Worth, TX 76161-0275
14519234*       Citibank South Dakota (Sears),    P.O. Box 183082,    Columbus, OH 43218-3082
14519235*      +Creditech,    PO Box 130,    Bangor, PA 18013-0130
14519236*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover,    P.O. Box 15316,    Wilmington, DE 19850-5316)
14651190*       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14519238*      +Eagle Group LLC,    10 E. Maitland Lane,    New Castle, PA 16105-1204
14519239*     ++FIRST COMMONWEALTH BANK,    PO BOX 400,    INDIANA PA 15701-0400
                (address filed with court: First Commonwealth Bank,    Attn: Special Assets,    P.O. Box 400,
                 Indiana, PA 15701)
14519241*      +GE Capital Retail Bank,    P.O. Box 981480,    El Paso, TX 79998-1480
14519242*      +GE Capital Retail Bank/QVC,    P.O. Box 971402,    El Paso, TX 79997-1402
14519244*      +Internal Revenue Service,    Insolvency Operation,    Room 711B,    1000 Liberty Ave,
                 Pittsburgh, PA 15222-4107
14519247*      +LVNV Funding LLC,    P.O. Box 10497,    Greenville, SC 29603-0497
14519246*      +LVNV Funding LLC,    P.O. Box 740281,    Houston, TX 77274-0281
14519245*      +Lowes/MBGA,    Attn: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
14519248*      +Macys/fdsb,    Macys Bankruptcy,    P.O. Box 8053,    Mason, OH 45040-8053
14519249*      +Midland Funding LLC,    2365 Northside Dr.,    Ste 300,    San Diego, CA 92108-2709
14519254*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,    120 Corporate Blvd.,   Suite 100,
                 Norfolk, VA 23502)
14519251*       Penn Credit Corp.,    P.O. Box 988,    Harrisburg, PA 17108-0988
14519252*       Peoples Natural Gas,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14519253*      +Pioneer Credit Recovery,    P.O. Box 189,    Arcade, NY 14009-0189
14519256*       Receivable Management Services,    P.O. Box 280431,    East Hartford, CT 06128-0431
14519257*       Sears Gold Mastercard,    P.O. Box 183082,    Columbus, OH 43218-3082
14519259*       Synchrony Bank/Lowes,    P.O. Box 530914,    Atlanta, GA 30353-0914
14519260*       Synchrony Bank/Lowes,    P.O. Box 965005,    Orlando, FL 32896-5005
14519261*      +The Law Offices of Robert J. Colclough,    8550 Balbao Blvd.,    Suite 232,
                 Northridge, CA 91325-5806
14519262*      +Transworld Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
14519265*      +United Revenue Collection Service,    P.O. Box 1184,    Langhorne, PA 19047-6184
14519263*      +United Revenue Collection Service,    PO Box 1184,    Langhorne, PA 19047-6184
14519264*      +United Revenue Collection Service,    P.O. Box 1892,    Bensalem, PA 19020-6892
14416325       ##+Creditech,    PO Box 130,    Bangor, PA 18013-0130
14416340       ##Receivable Management Services,    P.O. Box 280431,    East Hartford, CT 06128-0431
14416344       ##+The Law Offices of Robert J. Colclough,    8550 Balbao Blvd.,    Suite 232,
                 Northridge, CA 91325-5806
14416346       ##+United Revenue Collection Service,    P.O. Box 1892,    Bensalem, PA 19020-6892
                                                                                              TOTALS: 2, * 32, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1           User: jmar                 Page 3 of 3                  Date Rcvd: May 31, 2018
                               Form ID: 309               Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
```
              Christopher M. McMonagle    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Dai Rosenblum    on behalf of Debtor Richard L. Micco Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Plaintiff Richard L. Micco Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Plaintiff Linda L. Micco Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Dai Rosenblum    on behalf of Joint Debtor Linda L. Micco Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              Gary W. Darr    on behalf of Creditor    First Commonwealth Bank gdarr@lenderlaw.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Kirsten S. Penn    on behalf of Creditor    First Commonwealth Bank kpenn@lenderlaw.com
              Mario J. Hanyon    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank rpoorman@lenderlaw.com,
               sdorn@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Steven P Kelly    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               skelly@sterneisenberg.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer   Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                             TOTAL: 14
```