**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RICHARD L. MICCO
    LINDA L. MICCO
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:17-10452 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/03/2017 and confirmed on 12/20/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,018.28 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,018.28 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,000.00 | |
|   Trustee Fee | 3,149.27 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,149.27 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Secured | | | | | |
| | DITECH FINANCIAL LLC F/K/A GREEN TREI | 0.00 | 7,214.20 | 0.00 | 7,214.20 |
| |   Acct: 0687 | | | | |
| | DITECH FINANCIAL LLC F/K/A GREEN TREI | 0.00 | 5,725.86 | 0.00 | 5,725.86 |
| |   Acct: 9540 | | | | |
| | SELENE FINANCE LP | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 1644 | | | | |
| | FIRST COMMONWEALTH BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
| |   Acct: 4549 | | | | |
| | SELENE FINANCE LP | 0.00 | 45,365.84 | 0.00 | 45,365.84 |
| |   Acct: 1644 | | | | |
| | DITECH FINANCIAL LLC F/K/A GREEN TREI | 655.70 | 27.53 | 0.00 | 27.53 |
| |   Acct: 0687 | | | | |
| | FIRST COMMONWEALTH BANK* | 104,209.88 | 0.00 | 0.00 | 0.00 |
| |   Acct: 4549 | | | | |
| | DITECH FINANCIAL LLC F/K/A GREEN TREI | 1,203.72 | 50.55 | 0.00 | 50.55 |
| |   Acct: 9540 | | | | |
| | SELENE FINANCE LP | 192,280.42 | 0.00 | 0.00 | 0.00 |
| |   Acct: 1644 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| INTERNAL REVENUE SERVICE* | 44,345.82 | 1,435.85 | 1,911.50 | 3,347.35 |
| Acct: 6220 | | | | |
| PA DEPARTMENT OF REVENUE* | 11,003.15 | 356.27 | 474.29 | 830.56 |
| Acct: 6220 | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 0.00 | 5,307.12 | 0.00 | 5,307.12 |
| Acct: 3119 | | | | |
| REAL TIME RESOLUTIONS INC - AGENT FC | 195,292.39 | 0.00 | 0.00 | 0.00 |
| Acct: 6663 | | | | |
| | | | | 67,869.01 |
| **Priority** | | | | |
| DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD L. MICCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAI ROSENBLUM ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAI ROSENBLUM ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNION TOWNSHIP (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6220 | | | | |
| INTERNAL REVENUE SERVICE* | 8,845.02 | 0.00 | 0.00 | 0.00 |
| Acct: 6220 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,059.04 | 0.00 | 0.00 | 0.00 |
| Acct: 6220 | | | | |
| SELENE FINANCE LP | 1,050.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1644 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7852 | | | | |
| DISCOVER BANK(*) | 10,730.18 | 0.00 | 0.00 | 0.00 |
| Acct: 6886 | | | | |
| ACCELERATED REVENUE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3632 | | | | |
| AMERICAN INFOSOURCE LP AGENT - MIDL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8486 | | | | |
| EAGLE GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 100 | | | | |
| FIRST COMMONWEALTH BANK* | 8,949.06 | 0.00 | 0.00 | 0.00 |
| Acct: 0897 | | | | |
| FIRST COMMONWEALTH BANK* | 30,111.39 | 0.00 | 0.00 | 0.00 |
| Acct: 6414 | | | | |
| FRANK FRACHETTI | 14,835.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 952.48 | 0.00 | 0.00 | 0.00 |
| Acct: 6180 | | | | |
| INTERNAL REVENUE SERVICE* | 81,280.31 | 0.00 | 0.00 | 0.00 |
| Acct: 6220 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 15,844.85 | 0.00 | 0.00 | 0.00 |
| Acct: 6715 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1420 | | | | |
| PA DEPARTMENT OF REVENUE* | 473.54 | 0.00 | 0.00 | 0.00 |
| Acct: 6220 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3388 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5003 | | | | |
| PIONEER CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 233A | | | | |
| RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4899 | | | | |
| SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6715 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 848.36 | 0.00 | 0.00 | 0.00 |
| Acct: 9937 | | | | |
| MIDLAND FUNDING LLC | 3,759.03 | 0.00 | 0.00 | 0.00 |
| Acct: 7115 | | | | |
| LAW OFFICE OF ROBERT J COLCLOUGH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7801 | | | | |
| TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4000 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9937 | | | | |
| T LAWRENCE PALMER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIRSTEN S PENN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROGER P POORMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BURTON NEIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ATLAS RESOURCE PARTNERS LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOWES / MBGA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED REVENUE COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS    67,869.01

TOTAL CLAIMED
PRIORITY          10,954.06
SECURED          548,991.08
UNSECURED        167.784.20

Date: 07/22/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com